IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-1262-AP**

**DAVID C. INGMIRE,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The defendant's Motion to Dismiss (doc. #7), filed August 27, 2007, is DENIED. The plaintiff shall have 20 days to amend his complaint. The defendant shall file an answer to the amended complaint and may raise such defenses as defendant deems appropriate including matters raised in the instant motion to dismiss. Once the amended complaint and answer are filed, the administrative record shall be tendered and the appeal will be decided on the briefs to be scheduled in accordance with the standard practice for social security appeals. Whether this court has subject matter jurisdiction will be determined upon full review of the administrative record and the briefs.

Dated this 21st day of September, 2007.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    Senior Judge, United States District Court