IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01262-AP

DAVID C. INGMIRE,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
RICHARD K. BLUNDELL
801 11th Avenue
Greeley, CO 80631
(970) 356-8900
mrrkblaw@mcleodusa.net

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 06/15/07

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 06/19/07

    C.    **Date Amended Complaint Was Filed:** 10/09/07

    C.    **Date Answer and Administrative Record Were Filed:** 11/16/07

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** January 15, 2008

    B.    **Defendant's Response Brief Due:** February 5, 2008

    C.    **Plaintiff's Reply Brief (If Any) Due:** February 29, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument not requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 5th day of <u>December</u>, 2007.

                                            BY THE COURT:

                                            <u>S/John L. Kane</u>
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

                                          UNITED STATES ATTORNEY

s/ Richard K. Blundell                   TROY A. EID
RICHARD K. BLUNDELL             United States Attorney
801 11th Avenue
Greeley, CO 80631                       KEVIN TRASKOS
(970) 356-8900                           Assistant United States Attorney
mrrkblaw@mcleodusa.net             Deputy Chief, Civil Division
                                            United States Attorney's Office
Attorney for Plaintiff-Appellant         District of Colorado
                                            kevin.traskos@usdoj.gov

                                            s/ Thomas H. Kraus
                                            By: THOMAS H. KRAUS
                                            Special Assistant U.S. Attorney
                                            1961 Stout St., Suite 1001A
                                            Denver, Colorado  80294
                                            Telephone: (303) 844-0017
                                            tom.kraus@ssa.gov

                                            Attorneys for Defendant