IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01262-REB

DAVID C. INGMIRE,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

ORDER TO CURE DEFICIENCY

Blackburn, Judge

        Plaintiff submitted a Motion for Leave to Appeal In Forma Pauperis Pursuant to 28 U.S.C. § 1915 and Fed.R.App.24 on April 10, 2009. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if wishes to pursue this appeal.

**(A)**    **Filing Fee**
        ___ is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        ___ is not submitted
        _X_ is not on proper form (must use the court's current form)
        ___ is missing original signature by plaintiff/petitioner on motion
        ___ is missing affidavit
        ___ affidavit is incomplete
        ___ is missing original signature by plaintiff/petitioner on affidavit
        ___ affidavit is not notarized or is not properly notarized

        ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, April 13, 2009.

BY THE COURT:

**s/ Robert E. Blackburn**

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO